IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



UNITED STATES OF AMERICA

v.    CRIMINAL NO. 1:15cr31 HSO-RHW

XIOMARA BARRALAGA-CRUZ    18 U.S.C. § 1542
a/k/a Santa Xiomara Barralaga Cruz    18 U.S.C. § 1028A
a/k/a Maria Isabel Hernandez
a/k/a Alexa Carrillo

**The Grand Jury charges:**

COUNT 1

On or about April 18, 2008, in Harrison County in the Southern Division of the Southern District of Mississippi, the defendant, **XIOMARA BARRALAGA-CRUZ a/k/a Santa Xiomara Barralaga Cruz a/k/a Maria Isabel Hernandez a/k/a Alexa Carrillo**, did willfully and knowingly make false statements in an application for passport with intent to induce or secure the issuance of a passport under the authority of the United States, for her own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, in that in such application the defendant (1) falsely stated that her name was Maria Isabel Hernandez; (2) falsely stated that she was born in the United States; (3) falsely stated that she was a United States citizen; (4) gave a false Social Security number; and (5) falsely signed the application under oath; all of which statements she knew to be false, in violation of Section 1542, Title 18, United States Code.

COUNT 2

On or about January 23, 2015, in Harrison County in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **XIOMARA BARRALAGA-CRUZ a/k/a Santa Xiomara Barralaga Cruz a/k/a Maria Isabel Hernandez a/k/a Alexa**

**Carrillo,** aided and abetted by others known and unknown, did knowingly possess and use, without lawful authority, a means of identification of another person, to wit, M.H., during and in relation to the felony of bank fraud as prohibited by Section 1344, Title 18, United States Code.

All in violation of Sections 1028A and 2, Title 18, United States Code.

GREGORY K. DAVIS
United States Attorney

A TRUE BILL:

s/signature redacted
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the ___21___ day of ___April___, 2015.

UNITED STATES MAGISTRATE JUDGE